# EXHIBIT A

# 8. Inquiries

Inquiries are requests from creditors and lenders to view your credit report. Inquiries stay on your credit report for up to two years.

## Hard Inquiries

Hard Inquiries - those made by potential creditors - may lower your score if too many occur within a certain timeframe. Hard inquiries stay on your credit report for up to two years.

| Date | Company | Request Originator |
| --- | --- | --- |
| Sep 01, 2015 | ADT LLC ADT SECURITY SERVICES<br><br>AURORA, CO????80014<br><br>504-271-2626 | |

## Soft Inquiries

Soft Inquiries, such as reviewing your own credit file, have no impact on your credit score. Soft inquiries stay on your credit report for up to two years.

| Date | Company | Description |
| --- | --- | --- |
| Dec 16, 2016 | CIC/EXPERIAN RPTS | Soft Inquiry |
| Dec 07, 2016 | WELLS FARGO HOME MORTGAGE | Account Review Inquiry |
| Sep 15, 2016 | TRUECREDIT/TUS | Soft Inquiry |
| Sep 03, 2016 | WELLS FARGO HOME MORTGAGE | Account Review Inquiry |
| Jun 12, 2016 | COMENITY CAPITAL/HSN | Online Promotion |
| Jun 03, 2016 | WELLS FARGO HOME MORTGAGE | Account Review Inquiry |
| Mar 03, 2016 | WELLS FARGO HOME MORTGAGE | Account Review Inquiry |
| Feb 28, 2015 | CREDITEXPERT 1-866-673-0140 | Soft Inquiry |

EQUIFAX    CYNTHIA FRANKLIN??|??Dec 21, 2016    Page 40 of 48

Summary  ⟩  Revolving  ⟩  Mortgage  ⟩  Installment  ⟩  Other  ⟩  Statements  ⟩  Personal Info  ⟩  Inquiries  ⟩  Public Records  ⟩  Collections