**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| IN RE CYNTHIA CARSSOW FRANKLIN<br>　　Debtor. | Adv. No. 16-08246-rdd<br>Case No. 10-20010-rdd |
| CYNTHIA CARSSOW FRANKLIN<br>　　Plaintiff,<br>v.<br>WELLS FARGO BANK, N.A., FEDERAL<br>HOME LOAN MORTGAGE CORPORATION,<br>　　Defendants. | **STIPULATED ORDER EXTENDING**<br>**THE TIME FOR DISCOVERY WHILE**<br>**PARTIES CONSENT TO ATTEMPT**<br>**MEDIATION** |

STIPULATED ORDER

A pre-trial order was entered by this Court on July 6, 2017. (see Dkt. No. 27). The parties have engaged a mediator in an attempt to resolve this matter through mediation. Accordingly, the parties respectfully request that the Court temporarily suspend and/or abate the deadlines in the pretrial order, in order to provide the parties with an opportunity to attempt to resolve their differences via mediation.

The parties propose that the Court enter an order requiring that they file status reports to the Court as follows:

1. Mediation is scheduled to occur on December 15, 2017. Within seven days of completion of the mediation process, the parties agree to file a joint report with the Court indicating whether the mediation has resulted in settlement and final resolution, negotiations are ongoing (and providing that the parties will file another report on the status of ongoing settlement negotiations

within 30 days), or the mediation did not result in settlement. If no settlement has been reached and settlement negotiations are not productive, the parties will either submit a proposed agreed amended pretrial order, or if the parties are not in agreement with respect to scheduling, the parties shall request that the Court set a status conference to establish a timeline for completion of discovery and setting dates for dispositive motions and trial.

**IT IS SO ORDERED.**

TIRELLI & WALLSHEIN
*Counsel for Debtor/Plaintiff*
*Cynthia Carssow Franklin*

By: */s/ Linda M. Tirelli*
    Linda M. Tirelli, Esq.
    50 Main Street, Suite 405
    White Plains, New York 10606
    (914) 732-3222

Dated: October 16, 2017

HOGAN LOVELLS US LLP
*Counsel for Defendants Wells Fargo Bank, NA*
*and Federal Home Loan Mortgage Corporation*

By: */s/ Nicole E. Schiavo*
    David Dunn
    Nicole E. Schiavo
    875 Third Avenue
    New York, NY 10022
    (212) 918-3000

Dated: _____ _, _____
    White Plains, New York

                                    _____
                                    Hon. Robert D. Drain
                                    United States Bankruptcy Judge