UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cynthia Carssow Franklin,

Plaintiff,

-against-

Wells Fargo Bank, N.A. and Federal Home Loan
Mortgage Corporation

Defendants.

17-cv-01416-NSR

### STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff Cynthia Carssow Franklin and Defendants Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation (together, "Defendants"), that Defendants' Motion to Withdraw the Bankruptcy Reference (Dkt. No. 1) is withdrawn and the above captioned proceeding should be closed, without costs to any party as against any other party, and with each party bearing its own costs, including but not limited to legal expenses.

Dated: July 18, 2018

| | |
|---|---|
| TIRELLI & WALLSHEIN, LLP | HOGAN LOVELLS US LLP |
| By: /s/ Linda M. Tirelli | By: /s/ Nicole E. Schiavo |
| Linda M. Tirelli | Nicole E. Schiavo |
| 50 Main Street, Suite 405 | 875 Third Avenue |
| White Plains, NY 10606 | New York, New York 10022 |
| Tel: (914)732-3222 | Tel: (212) 918-3000 |

SO ORDERED:

Dated: July 19, 2018
White Plains, NY

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Clerk of the Court requested to terminate the motions (Docs. 1 and 5).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2018