**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                              :
                                                    :    Chapter 13
Cynthia Carssow Franklin,                           :
                                                    :    Case No. 10-20010(rdd)
                                  Debtor.           :
---------------------------------------------------------------x
                                                    :
Cynthia Carssow Franklin,                           :
                                                    :
                                                    :
                          Plaintiff,                :    Adv. Proc. No. 16-08246(rdd)
           -against-                                :
                                                    :
Wells Fargo Bank, N.A., Federal Home Loan           :
Mortgage Corporation,                               :
                                                    :
                          Defendants.               :
---------------------------------------------------------------x

**ORDER APPROVING SETTLEMENT AGREEMENT**

Upon the motion of the above debtor Cynthia Carssow Franklin (the "Debtor"), by notice of hearing dated July 11, 2018 (the "Motion"), seeking an order under Fed. R. Bankr. P. 9019 approving a settlement agreement between the Debtor, Wells Fargo Bank, NA and Federal Home Loan Mortgage Corporation, a copy of which has been filed on the docket of this case and is attached as an exhibit hereto (the "Settlement Agreement"); and, after due and sufficient notice of the Motion, there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Motion and the Debtor's request to shorten time in connection therewith on July 25, 2018; and, after due deliberation, the Court having determined that the proposed settlement is fair and reasonable in light of the legal issues resolved and related considerations of cost and delay if such issues proceeded to litigation; and the settlement being a proper exercise of business judgment and in the best interests of the Debtor and the estate; and good and sufficient cause appearing, it is hereby

1

2

**ORDERED**, that the Motion is granted, the Settlement Agreement is approved, and the parties thereto are authorized and directed to perform it according to its terms; and it is further

**ORDERED**, that the Debtor is authorized to enter into any related agreements or stipulations reasonable and necessary to perform the Settlement Agreement; and it is further

**ORDERED**, that any 14-day stay of this Order under any applicable Bankruptcy Rule is waived, for cause, pursuant to such Rule and this Order is effective immediately upon its entry.

Dated: White Plains, New York
      July 27, 2018

                              /s/ Robert D. Drain _
                              United States Bankruptcy Court
                              Honorable Robert D. Drain